**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER
Nevada Bar No. 6023
Email : jkrieger@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada  89113-2210
Tel:  (702) 550-4400
Fax:  (844) 670-6009
*Attorney for Defendant*
*Alan Jeskey Builders, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| TOM HUSSEY, an Individual, | Case No.: 2:18-CV-01253-JAD-GWF |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ALAN JESKEY BUILDERS, INC., TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| ALAN JESKEY BUILDERS, INC., a Nevada corporation | |
| Defendant. | **(FIRST REQUEST)** |

Plaintiff Tom Hussey ("Plaintiff") and Defendant Alan Jeskey Builders, Inc. ("AJB") (collectively as the "Parties"), hereby agree and consent to extend the deadline for AJB to respond to Plaintiff's Complaint ("Complaint"). AJB shall have up to and including **August 27, 2018**, in which to respond to the Complaint. Although this is the first stipulation submitted to the Court for an extension of time for AJB to respond to the Complaint, this is the second extension of time to which Plaintiff has agreed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



This request is brought in good faith and not for the purpose of undue delay.

IT IS SO STIPULATED.

| DATED this 16th day of August, 2018. | DATED this 16th day of August, 2018. |
|---|---|
| DICKINSON WRIGHT PLLC | DUANE MORRIS LLP |
| /s/ John L. Krieger | /s/ Tyson E. Hafen |
| JOHN L. KRIEGER<br>Nevada Bar No. 6023<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113-2210<br>*Attorney for Defendant*<br>*Alan Jeskey Builders, Inc.* | DOMINICA C. ANDERSON<br>Nevada Bar No. 2988<br>TYSON E. HAFEN<br>Nevada Bar No. 13139<br>100 N. City Parkway, Suite 1560<br>Las Vegas, NV 89106<br>*Attorneys for Plaintiff Tom Hussey* |

**<u>ORDER</u>**

**IT IS SO ORDERED:**

_____
*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: ___8-17-2018_____



2