Tyson E. Hafen (SBN 13139)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
T: 702.868.2600; F: 702.385.6862
Email: dcanderson@duanemorris.com
tehafen@duanemorris.com

Attorneys for Plaintiff *Tom Hussey*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOM HUSSEY, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN JESKEY BUILDERS, INC., a Nevada corporation,<br><br>Defendant. | Case No.: 2:18-v-01253-JAD-GWF<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 12, 14 |

Plaintiff Tom Hussey and Defendant Alan Jeskey Builders, Inc. hereby jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), for dismissal of the above-captioned action with prejudice. Each party is to bear its own costs, expenses, and attorneys' fees.

DATED: October 15, 2018

**DUANE MORRIS LLP**

**By:** */s/ Tyson E. Hafen*
Tyson E. Hafen (SBN 13139)
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
(702) 868.2655
Email: tehafen@duanemorris.com

Steven M. Cowley (*Pro Hac Vice*)
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
(857).488.4261
Email: SMCowley@duanemorris.com

Attorneys for Plaintiff TOM HUSSEY

DATED: October 15, 2018

**DICKINSON WRIGHT PLLC**

By: */s/ John L. Krieger*
John L. Krieger (SBN 6023)
Christian T. Spaulding (SBN 14277)
8363 W. Sunset Road, Suite 200
Las Vegas, NV 89113
(702) 550-4400
Email: jkrieger@dickinson-wright.com
cspaulding@dickinson-wright.com

Attorneys for Defendant ALAN JESKEY BUILDERS, INC.

Based on the parties' stipulation **[ECF Nos. 12, 14]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge
Dated: October 16, 2018